# Third District Court of Appeal

## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1066
Lower Tribunal No. 20-10712

_____

**Lerna Molina,**
Appellant,

vs.

**Macy's Inc., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Reyes Law Group, P.L., and Adrian Reyes, for appellant.

No appearance for appellee.[1]

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.

_____

[1] Appellee was precluded from filing an answer brief after failing to heed this Court's order directing them to file same within a specified period of time.